**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

AIM IMMUNOTECH, INC,

      Plaintiff,

v.                                                                     Case No:   5:22-cv-323-GAP-PRL

FRANZ TUDOR, TODD DEUTSCH,
TED KELLNER, JONATHAN JORGL,
WALTER LAUTZ and MCEF
CAPITAL LLC,

      Defendants

## ORDER

This matter is before the Court on the Supplemental Application for Award of Attorney's Fees (Doc. 156) filed by Defendant Walter Lautz. In its Response to the Motion (Doc. 158), AIM Immunotech, Inc. and its counsel withdrew their objections to Lautz' fee request in the amount of $76,473.49.

Accordingly, it is

**ORDERED** that Walter Lautz's Supplemental Motion for Attorney Fees (Doc. 156) is **GRANTED**.   Pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. §§ 78u-4(c), Defendant Walter Lautz is awarded attorney fees to be paid by Plaintiff and its counsel in the amounts of $76,473.49.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 29, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Party